Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raagini Shah (SBN 268022)
Email: rshah@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213-457-8000
Facsimile:  213-457-8080

Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION

SCOTT J. SAGARIA (SBN 217981)
Email:  SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Email:  Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 620
San Jose, CA 95110
Telephone:  408-279-2288
Facsimile:  408-279-2299

Attorneys for Plaintiff
SEAN CONRAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CONRAD,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; OCWEN LOAN SERVICING, LLC; TRAVIS CREDIT UNION; TOYOTA MOTOR CREDIT CORPORATION; FIRST NATIONAL BANK OF OMAHA and DOES 1 through 100 inclusive,<br><br>　　　　　　Defendants. | Case No. 5:15-CV-01929-LHK<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT TOYOTA MOTOR CREDIT CORPORATION ONLY**<br><br>Honorable Lucy H. Koh |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff Sean Conrad and Defendant Toyota Motor Credit Corporation that Toyota Motor Credit Corporation be dismissed from this action pursuant to Federal Rules of Civil Procedure 41. Each party shall bear its own attorney's fees and costs.

Dated: May 6, 2015                               SAGARIA LAW, P.C.

                                                 By  */s/ Elliot Gale*
                                                     Elliot Gale
                                                     Attorneys for Plaintiff
                                                     SEAN CONRAD

Dated: May 6, 2015                               REED SMITH LLP

                                                 By  /s/ Raagini Shah[1]
                                                     Abraham J. Colman
                                                     Raagini Shah
                                                     Attorneys for Defendant
                                                     TOYOTA MOTOR CREDIT CORPORATION

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: May 7, 2015                               *Lucy H. Koh*
                                                 Honorable Lucy H. Koh
                                                 United States District Judge

---

[1] I, Raagini Shah, hereby certify that I am an ECF-registered user, and Elliot Gale has concurred in this electronic filing.