UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAN CONRAD,<br><br>           Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., et al.,<br><br>           Defendants. | Case No. 15-CV-01929-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elliot Gale
Defendant Experian Information Solutions, Inc.'s Attorney: No appearance
Defendant First National Bank of Omaha: No appearance

An initial case management conference was held on September 16, 2015. A further case management conference is set for October 14, 2015, at 2:00 p.m. The parties shall file their joint case management statement by October 7, 2015.

Plaintiff and Defendant Experian Information Solutions, Inc. shall file a stipulation of dismissal no later than September 18, 2015. Defendant First National Bank of Omaha has not yet been served. Plaintiff will file proof of service as to Defendant First National Bank of Omaha no later than September 18, 2015.

**IT IS SO ORDERED.**

1

Case No. 15-cv-01929-LHK
CASE MANAGEMENT ORDER

Dated: September 16, 2015.

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-cv-01929-LHK
CASE MANAGEMENT ORDER