1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SEAN CONRAD,

          Plaintiff,

    v.

FIRST NATIONAL BANK OF OMAHA,

          Defendant.

Case No. 15-CV-01929-LHK

**ORDER TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT**

On October 7, 2015, Plaintiff Sean Conrad ("Conrad") filed a case management statement in advance of the case management conference to be held on October 14, 2015.  ECF No. 27. Although Conrad labeled this filing as a "Joint Case Management Statement," it appears that Defendant First National Bank of Omaha did not in fact provide any input in the preparation of this filing.

Civil Local Rule 16-9 provides that the parties shall file a joint case management statement in advance of a case management conference.  "If a party is unable, despite reasonable efforts, to obtain the cooperation of another party in the preparation of a joint statement, the complying party may file a separate case management statement, accompanied by a declaration describing the conduct of the uncooperative party which prevented the preparation of a joint statement."  Civ.

Local R. 16-9(a).

The Court hereby orders the parties to file an updated case management statement no later than October 13, 2015, at 10:00 a.m.  Pursuant to Civil Local Rule 16-9, the parties shall either file a joint case management statement or the complying party shall file a separate case management statement, accompanied by a declaration describing the conduct of the uncooperative party.

**IT IS SO ORDERED.**


Dated:  October 9, 2015.

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-01929-LHK
ORDER TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT