UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAN CONRAD,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendant. | Case No. 15-CV-01929-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Elliot Gale
Defendant's Attorney:  James Macleod

    A case management conference was held on October 14, 2015.  A further case management conference is set for February 11, 2016, at 1:30 p.m.  The parties shall file their joint case management statement by February 4, 2016.

    During the case management conference, the parties consented to having this case referred to a magistrate judge for all further proceedings, including trial and entry of judgment.  Accordingly, the parties shall file by October 15, 2015 a Consent to Magistrate Judge Jurisdiction form, available on the public website for the United States District Court for the Northern District of California.

    In the event that the parties do not consent to Magistrate Judge jurisdiction, the case schedule is set as follows:

1

Case No. 15-CV-01929-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Deadline to Exchange Initial Disclosures | December 30, 2015 |
| Further Case Management Conference | February 11, 2016, at 1:30 p.m. |
| Deadline to File Stipulated Protective Order | March 30, 2016 |
| Close of Fact Discovery | May 30, 2016 |
| Opening Expert Reports | March 30, 2016 |
| Rebuttal Expert Reports | April 30, 2016 |
| Close of Expert Discovery | June 30, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | July 28, 2016 |
| Hearing on Dispositive Motions | September 8, 2016, at 1:30 p.m. |
| Final Pretrial Conference | October 20, 2016, at 1:30 p.m. |
| Jury Trial | November 7, 2016, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated:  October 14, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-01929-LHK
CASE MANAGEMENT ORDER