UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAN CONRAD,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>        Defendant. | Case No. 15-CV-01929-LHK<br><br>**ORDER OF REFERRAL**<br><br>Dkt. Nos. 32, 33 |

Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes, including trial and entry of judgment, *see* ECF Nos. 32 & 33, the Court directs the Clerk to reassign this case to a United States Magistrate Judge in San Jose. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: October 15, 2015

                                                            *Lucy H. Koh*
                                            LUCY H. KOH
                                            United States District Judge